584

164 A.3d 388

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KENNETH CRUMBLE(A/K/A KENNETH J. CRUMBLE, JR.), DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002685–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 389

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOSE GOMEZ, DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003754–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.